| | | | |
|---|---|---|---|
| | AUSA: | Susan Fairchild | Telephone: (313) 226-9577 |
| AO 91 (Rev. 11/11)  Criminal Complaint | Agent: | BPA Michael Everson | Telephone: (313) 926-4700 |

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
Arturo HERNANDEZ-CORREA

Case No.  
Case: 2:25−mj−30645  
Assigned To : Unassigned  
Assign. Date : 10/16/2025  
Description: CMP USA V. HERNANDEZ−CORREA (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 12, 2025__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 8, United States Code, Section 1326(a) | Unlawful Re-entry after Removal from the United States |

This criminal complaint is based on these facts:

On or about October 12, 2025, in the Eastern District of Michigan, Southern Division, Arturo HERNANDEZ-CORREA, an alien from Mexico, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about August 29, 2013, at or near Del Rio, Texas, and not having obtained the express consent of the Attorney General of the United States or the Secretary of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326 (a).

☑ Continued on the attached sheet.

*Complainant's signature*

Michael Everson, BPA  
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: October 16, 2025

City and state: Detroit, MI

Kimberly Altman, U.S. Magistrate Judge  
*Judge's signature*

*Printed name and title*

# AFFIDAVIT

I, Michael Everson, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Department of Homeland Security, United States Border Patrol. I have been employed in this capacity since December 2011. Currently, I am assigned to the Detroit Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official Immigration file and system automated data relating to Arturo HERNANDEZ-CORREA, which reveals the following:

2. HERNANDEZ-CORREA is a forty-one-year-old male, native and citizen of Mexico, who last entered the United States at or near an unknown place, without being admitted, inspected, or paroled by an Immigration Officer.

3. On or about December 10, 2006, HERNANDEZ-CORREA was arrested by Waterford Police for Impaired Driving. On or about December 14, 2006, he was convicted of that charge in the 51st District Court and was sentenced to $1337- or 19-days' incarceration, and 12-months' probation.

4. On or about December 21, 2006, HERNANDEZ-CORREA was arrested by Immigration and Customs Enforcement (ICE) near Orchard Lake, Michigan. He was issued a Notice to Appear (NTA).

5. On or about November 1, 2007, HERNANDEZ-CORREA was granted a Voluntary Departure (VD) by an Immigration Judge. His departure back to Mexico was confirmed on February 28, 2008.

6. On or about December 12, 2012, HERNANDEZ-CORREA was arrested by ICE near Royal Oak, Michigan and issued another Notice to Appear.

7. On January 16, 2013, HERNANDEZ-CORREA was ordered removed from the United States by an Immigration Judge. He was subsequently removed on January 22, 2013, through Laredo, Texas.

8. On or about August 28, 2013, HERNANDEZ-CORREA was arrested by Border Patrol Agents near Calexico, California. His prior order of removal

was reinstated.

9. On or about August 29, 2013, HERNANDEZ-CORREA was removed back to Mexico through Del Rio, Texas.

10. On October 12, 2025, Detroit Border Patrol Agents encountered HERNANDEZ-CORREA following a request by Royal Oak Police to assist them to help identify a subject that they had in custody for Delinquency of a Minor.

11. Upon arriving on the scene, Royal Oak Police explained to Border Patrol Agents that HERNANDEZ-CORREA, who was traveling on a bicycle, had offered a 14-year-old female-also on a bicycle- some marijuana. According to the police report, HERNANDEZ-CORREA told the minor female that she was very pretty. He then asked the minor female for her telephone number and if she would go with him. The minor female was able to ride to a nearby gas station to seek help. HERNANDEZ-CORREA was issued a misdemeanor citation for contributing to the delinquency of a minor.

12. When agents questioned HERNANDEZ-CORREA of his immigration status, he stated that he was a citizen of Mexico and that he did not have any official immigration documentation that would allow him to legally be in the United States. HERNANDEZ-CORREA was transported to the Detroit Border Patrol Station for processing. His prior order of removal was reinstated.

11. Arturo HERNANDEZ-CORREA's fingerprints and photograph were captured and entered into the Automated Biometric Identification System (IDENT) and the Integrated Automated Fingerprint Identification System (IAFIS). The results revealed that HERNANDEZ-CORREA is a citizen of Mexico with the foregoing immigration history who has been previously removed from the United States. The record checks did not provide any evidence that HERNANDEZ-CORREA legally entered the United States or had been issued any document or status that would allow him to enter or remain the United States.

12. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

13. Review of the Alien File (A# xxx xxx 316) for Arturo HERNANDEZ-CORREA and queries in Department of Homeland Security databases confirm no record exists of HERNANDEZ-CORREA obtaining the express permission from the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States following his removal on August 29, 2013.

14. Based on the above information, I believe there is probable cause to conclude that Arturo HERNANDEZ-CORREA, is an alien who was found in the United States after removal, without the express permission from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission into the United States in violation of Title 8, United States Code, Section 1326(a).

_____
Michael Everson, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence and/or by reliable electronic means.

_____
Honorable Kimberly Altman
United States Magistrate Judge

October 16, 2025